UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
                                                          :
  JEFFREY MOONEY,                                         :
                                                          :
                              Plaintiff,                  :          25-CV-6244 (JMF)
                                                          :
          -v-                                             :          ORDER
                                                          :
  NEW YORK STATE EDUCATION DEPARTMENT,                    :
  OFFICE OF ADULT CAREER AND CONTINUING                   :
  EDUCATION SERVICES-VOCATIONAL                           :
  REHABILITATION (ACCES-VR) et al.,                       :
                                                          :
                              Defendants.                 :
                                                          :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:


        On December 12, 2025, Defendants filed a motion to dismiss the complaint under Rule

12(b) of the Federal Rules of Civil Procedure.  Under Rule 15(a)(1)(B), a plaintiff has twenty-

one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a

matter of course.

        Accordingly, and in light of the upcoming holidays, it is hereby ORDERED that Plaintiff

shall file any amended complaint by **January 9, 2026**  Pursuant to Local Civil Rule 15.1,

available at https://www.nysd.uscourts.gov/rules, any amended complaint should be filed with a

redline showing all differences between the original and revised filings.  Plaintiff will not be

given any further opportunity to amend the complaint to address issues raised by the motion to

dismiss.

        If Plaintiff does amend, by three (3) weeks after the amended complaint is filed,

Defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF

stating that they rely on the previously filed motion to dismiss.  If Defendants file an answer or a

new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot.  If

Defendants file a new motion to dismiss or indicate that they rely on their previously filed motion to dismiss, any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

If no amended complaint is filed, Plaintiff shall file any opposition to the motion to dismiss by **January 9, 2026**.  Defendants' reply, if any, shall be filed by **January 16, 2026**.

SO ORDERED.

Dated: December 15, 2025
New York, New York

JESSE M. FURMAN
United States District Judge

2