UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                     :

JEFFREY MOONEY,                          :

                   Plaintiff,        :            25-CV-6244 (JMF)

                                :

          -v-                  :             ORDER

                                :

NEW YORK STATE EDUCATION DEPARTMENT,  :
OFFICE OF ADULT CAREER AND CONTINUING  :
EDUCATION SERVICES-VOCATIONAL       :
REHABILITATION (ACCES-VR) et al.,      :

                              :

               Defendants.     :

                                :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Defendants' new motion to dismiss, *see* Docket No. 33, Defendants' earlier motion to dismiss filed at Docket No. 25 is hereby DENIED as moot.  Plaintiff's opposition to the new motion to dismiss is due by **February 23, 2026**.  Defendants' reply, if any, is due by **March 2, 2026**.

      The Clerk of Court is directed to terminate Docket No. 25.

      SO ORDERED.

Dated: February 9, 2026
       New York, New York
                                    JESSE M. FURMAN
                              United States District Judge